IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION |
| | : NO. 5:00-CV-539-1 |
| PATRICIA RENE HARRIS, | : |
| Defendant, | : |
| AND | : |
| MHM SERVICES, INC., | : |
| Garnishee. | : |

<u>WRIT OF CONTINUING GARNISHMENT</u>

GREETINGS TO: MHM Services, Inc.
Attn: Human Resources
P.O. Box 839
Hawkinsville, GA 30136

Application for a Writ of Garnishment against the property of Patricia Rene Harris, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $9,225.89 plus interest at the rate of 4.85% from date of judgment, by reason of loan insured by the Department of Education. A balance of $7,316.19 remains outstanding

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor

any future payments and whether such payments are weekly, biweekly or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Court at: 475 Mulberry Street, P.O. 128, Macon, Georgia 31202. Additionally, you are required by law to serve a copy of this answer upon the debtor at: 578 Loblolly Ln, Macon, Georgia 31220-2708, and upon the United States Attorney's Office, Attention: Donald L. Johstono, Assistant United States Attorney, Post Office Box 1702, Macon, Georgia 31202-1702. A second written answer to this writ, if necessary, shall be filed with the court and served upon the U.S. Attorney, within thirty (30) days of the filing of the original written answer. Any additional answers shall be filed with the court and served upon the U.S. Attorney within thirty (30) days of the filing of the previous answer until this garnishment is dismissed or the indebtedness is paid in full.

Under the law, there is property which is exempt from this writ of garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Claim for Exemption Form. Pursuant to 15 U.S.C. § 1674, garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good

cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's nonexempt property.  It is unlawful to pay or deliver to the defendant any item withheld pursuant to this writ.  All wages or other monies withheld by garnishee pursuant to this garnishment shall be made payable to the United States Department of Justice and mailed to the U.S. Attorney's Office, Middle District of Georgia, Financial Litigation Unit, Post Office Box 1702, Macon, Georgia 31202-1702.  <u>No wages, monies or other property shall be forwarded to plaintiff until the court enters an order directing garnishee as to the disposition of the judgment debtor's non-exempt interest in such property.</u>

SO ORDERED, this 12th day of March, 2007.

*S/   Hugh Lawson*
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA